# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

THOMAS J. ENDRE,

    Plaintiff,

vs.                                CASE NO. 6:06-CV-1696-ORL-19KRS

BANCORP BANK,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 26, filed September 14, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 26) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement Agreement (Doc. No. 24, filed September 10, 2007) is **GRANTED,** and the settlement agreement is **APPROVED** except for the confidentiality provision. This case is **DISMISSED WITH PREJUDICE**, pursuant to the agreement of the parties. The Clerk of Court shall close this case.

**DONE AND ORDERED** at Orlando, Florida, this ___14th___ day of October, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record